**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | |
|---|---|
| RUBLOFF ALGONQUIN PORTFOLIO, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> KOHL'S ILLINOIS, INC. and KOHL'S DEPARTMENT STORES, INC. <br><br> Defendants. | Case No.:  10-CV-50286 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Defendants Kohl's Illinois, Inc and Kohl's Department Stores, Inc., for their Disclosure of Corporate Affiliations and Financial Interest pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, state:

1. Kohl's Illinois, Inc. is a wholly owned subsidiary of Kohl's Department Stores, Inc.

2. Kohl's Department Stores, Inc. is a wholly owned subsidiary of Kohl's Corporation.

3. Kohl's Corporation has no parent corporation.

                                                            Respectfully submitted,

                                          By:  *Jeff Corso*

                                                  One of Its Attorneys

Jeffrey D. Corso
jcorso@cooneycorso.com
John P Cooney
jcooney@cooneycorso.com
Cooney & Corso, LLC
4925 Indiana Ave., Suite 301
Lisle, Illinois 60532
+1.630.336.7393 (phone - direct)
+1.630.324.7801 (fax/data)